■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY F. BOVA, Appellant. [712 NYS2d 892] —Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Dolan, J.), rendered December 20, 1999, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of grand larceny in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman, Florio and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CLESSE, Appellant. [712 NYS2d 890] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 22, 1999 (*People v Clesse,* 259 AD2d 706), affirming a judgment of the County Court, Westchester County, rendered June 16, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Santucci, Krausman and Florio, JJ., concur.